UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-34253 |
| SHAWNTA MARIE POWELL | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are
being paid to the Clerk of the Bankruptcy Court.

Check Number: **3970491**

| Ct / Tee Claim # | Address | Amount |
| --- | --- | --- |
| 5/ 3 | CITI RESIDENTIAL LENDING<br>BOX 769<br>ORANGE, CA  92866 | 214.43 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/25/2009

Certificate of Service                          07-34253

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

SHAWNTA MARIE POWELL
4690 LOTUS DRIVE
DAYTON, OH  45427

LEE HOHL
1839 EAST STROOP RD
KETTERING, OH  45429

(33.1n)
BUCHALTER NEMER
ATTN RESIDENTIAL BANKRUPTCY GR
18400 VON KARMAN AVE SUITE 800
IRVINE, CA  92612

(3.1)
CITI RESIDENTIAL LENDING
BOX 769
ORANGE, CA  92866

(1008.1n)
GE MONEY BANK
% RECOVERY MANAGEMENT SYSTEMS
25 SE 2ND AVE   SUITE 1120
MIAMI, FL  33131

(30.1n)
OSI COLLECTION SERVICES INC
BANKRUPTCY DEPARTMENT
BOX 105127
ATLANTA, GA  30348

(38.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(36.1n)
PREMIER BANKCARD
PREMIER CSI DEPT SDPR
BOX 2208
VACAVILLE, CA  95696

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                    cs